# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-07-00714-CR

### Stephen Winnicki, Appellant

### v.

### The State of Texas, Appellee

---

### FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 277TH JUDICIAL DISTRICT
### NO. 95-092-K277, HONORABLE KEN ANDERSON, JUDGE PRESIDING

---

### M E M O R A N D U M   O P I N I O N

Stephen Winnicki pleaded guilty to the offense of credit card abuse. *See* Tex. Penal Code Ann. § 32.31 (West Supp. 2007). The district court assessed punishment at two years' confinement in state jail and a $2,500 fine but suspended imposition of the sentence and placed Winnicki on community supervision for five years. The State subsequently filed a motion to revoke probation, alleging that Winnicki violated the terms and conditions of his probation. At a hearing on the State's motion to revoke, Winnicki pleaded true to the violations alleged. The district court sentenced Winnicki to 24 months' confinement in state jail.

Appellant's court-appointed attorney has filed a motion to withdraw and a brief concluding that the appeal is frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967), by presenting a professional evaluation of the record demonstrating why there are no arguable grounds to be advanced. *See also Penson v. Ohio*,

488 U.S. 75 (1988); *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978); *Currie v. State*, 516 S.W.2d 684 (Tex. Crim. App. 1974); *Jackson v. State*, 485 S.W.2d 553 (Tex. Crim. App. 1972); *Gainous v. State*, 436 S.W.2d 137 (Tex. Crim. App. 1969). Appellant received a copy of counsel's brief and was advised of his right to examine the appellate record and to file a pro se brief. No pro se brief has been filed.

We have reviewed the record and counsel's brief and agree that the appeal is frivolous and without merit. We find nothing in the record that might arguably support the appeal. Counsel's motion to withdraw is granted.

The judgment of conviction is affirmed.

_____

Bob Pemberton, Justice

Before Chief Justice Law, Justices Pemberton and Waldrop

Affirmed

Filed: August 21, 2008

Do Not Publish

2